**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

August 7, 2023

**Via EFC**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    USA v. Pierre (Andrew Prime)
                  22-Cr-19 (PGG)

Dear Judge Gardephe:

      I represent Mr. Andrew Prime in the above matter. Mr. Prime is scheduled to be sentenced on August 24, 2023 at 10:00 AM. I am respectfully requesting an adjournment to late September: Mr. Prime is still working on obtaining materials and letters from family and friends for the Court's review. The Government has no objection to my request. Please note I am unavailable September 19 in the morning, and all day on September 20 and 25. Thank you in advance for your consideration.

                                              Very truly yours,

                                              David K. Bertan

DKB
cc: AUSAs Mathew Andrews and Louis Pellegrino (via ECF)

                **MEMO ENDORSED:** Sentencing is adjourned to **September 21, 2023 at 3:00 p.m.**
                SO ORDERED.

                *[signature: Paul G. Gardephe]*
                _____
                Paul G. Gardephe
                United States District Judge

                Dated: August 9, 2023