UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | | |
|---|---|---|
| United States of America, | : | [22 Cr. 019 (PGG)] |
| Plaintiff, | : | |
| vs. | : | **NOTICE OF DEFENDANT DR. WILLIAM WEINER'S MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT OR FOR A BILL OF PARTICULARS** |
| Bradley Pierre, *et al.*, | : | |
| Defendants. | : | |

---------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Dr. William Weiner's Motion to Dismiss the Second Superseding Indictment as to Dr. Weiner or, in the Alternative, for a Bill of Particulars, Dr. Weiner will move this Court, in the United States District Court in the Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, at a time to be set by the Court, for an order dismissing the Second Superseding Indictment ("SSI") as to Dr. Weiner or, in the alternative, for an order requiring the Government to provide a bill of particulars specifying the conduct he must defend in response to the SSI.

Dated: New York, New York
 December 19, 2023

                                                  **MAYER BROWN LLP**

                                                  */s/ Kelly B. Kramer*
                                                  Kelly B. Kramer, Esq.
                                                  William Sinnott, Esq. (*pro hac vice*)
                                                  1999 K Street NW
                                                  Washington, DC 20006-1101
                                                  (202) 263-3007
                                                  (202) 263-3333
                                                  Kkramer@mayerbrown.com
                                                  wsinnott@mayerbrown.com

**RICHARD BEN-VENISTE PLLC**

Richard Ben-Veniste, Esq.
4315 50th Street NW
Suite 100, Unit 2636
Washington, D.C. 20016
(202) 631-1901
rbvlaw@yahoo.com

*Counsel for Defendant William Weiner*