UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : [22 Cr. 019 (PGG)] |
| vs. | : **NOTICE OF DEFENDANT DR. WILLIAM WEINER'S MOTION TO** |
| Bradley Pierre, *et al.*, | : **SEVER DEFENDANTS** |
| Defendants. | : |

--------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Dr. William Weiner's Motion to Sever Defendants, Dr. Weiner will move this Court, in the United States District Court in the Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, at a time to be set by the Court, for an order severing the trial of Dr. Weiner from the trial of defendant Arthur Bogoraz.

Dated: New York, New York
 December 19, 2023

MAYER BROWN LLP

*/s/ Kelly B. Kramer*
Kelly B. Kramer, Esq.
William Sinnott, Esq. (*pro hac vice*)
1999 K Street NW
Washington, DC 20006-1101
(202) 263-3007
(202) 263-3333
Kkramer@mayerbrown.com
wsinnott@mayerbrown.com

RICHARD BEN-VENISTE PLLC

Richard Ben-Veniste, Esq.
4315 50th Street NW
Suite 100, Unit 2636
Washington, D.C. 20016
(202) 631-1901
rbvlaw@yahoo.com

2

*Counsel for Defendant William Weiner*