UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -

BRADLEY PIERRE, et al.,

        Defendants.

-------------------------------------------------------X

**NOTICE OF DEFENDANT
ARTHUR BOGORAZ'S MOTION
FOR RECONSIDERATION TO
ADJOURN THE TRIAL**

22 Cr. 00019 (PGG)

PLEASE TAKE NOTICE that upon the annexed declaration of AARON M. RUBIN, ESQ., dated December 24, 2023, and its attached exhibits, and the annexed declaration of Edward Dowd, dated December 23, 2023, the MEMORANDUM dated December 24, 2023, and all prior submissions and proceedings, Defendant ARTHUR BOGORAZ, by and through his undersigned attorney, will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, in the United States Courthouse, Southern District of New York, 40 Centre Street, New York, New York, 10007, as soon as practicable that counsel may be heard, for an order:

    Granting Mr. Bogoraz's motion for reconsideration of the Court's denial of his request to adjourn the trial, and upon reconsideration, granting a reasonable adjournment of the trial.

Dated: New York, New York
      December 24, 2023

                            _____/s_____
                            Aaron M. Rubin, Esq.

                            99 Wall Street Suite 1130
                            New York, New York 10005
                            Tel.: (212) 725 - 4600
                            arubin@amresquire.com
                            *Counsel for Arthur Bogoraz*

To:

Clerk of the Court, Criminal Term

Thurgood Marshall United States Courthouse

40 Centre Street

New York, NY 10007

    *Via ECF*

AUSA Mathew Andrews

AUSA Michael Dennis Lockard

AUSA Qais Ghafary

Office of the United States Attorney

One Saint Andrew's Plaza

New York, NY  10007

    *Via ECF*