**Aaron M. Rubin, Esq.**
99 Wall Street Suite 1130
New York, New York
212-725-4600
arubin@amresquire.com

December 24, 2023

*By ECF*
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    <u>United States</u> v. <u>Pierre, et al.</u>, 22 Cr. 00019 (PGG)

Dear Judge Gardephe,

     I write on behalf of Defendant Arthur Bogoraz to join in the motion for severance filed by his co-defendant William Weiner that appears on the docket at *ECF* 302-303.

                                         Respectfully submitted,

                                                       s/

                                         Aaron M. Rubin

cc: (via *ECF*)

AUSA Mathew Andrews
AUSA Michael Dennis Lockard
AUSA Qais Ghafary