UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM WEINER and
ARTHUR BOGORAZ,

                 Defendants.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant William Weiner's response to the Government's motion to compel supplemental expert disclosure and exclude particular opinions (Dkt. No. 309) is due **December 28, 2023**.

        The Government's response to Defendant Arthur Bogoraz's motion to adjourn the trial date (Dkt. No. 310) is also due **December 28, 2023**.

Dated: New York, New York
       December 26, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge