UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

BRADLEY PIERRE,
MARVIN MOY,
WILLIAM WEINER,
ANDREW PRIME, and
ARTHUR BOGORAZ

Defendants.

1:22-cr-00019

**NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER**

Counsel for Defendant William Weiner respectfully withdraws from the above-captioned action the appearance of Michael P. Heffernan, who departed Mayer Brown LLP. on October 3, 2022. No other attorney is withdrawing his or her appearance by this notice.

Dated: New York, New York
January 3, 2024

Respectfully submitted,

*/s/ Michael      P.      Heffernan*

Michael P. Heffernan
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
Tel: (212) 310-8662
michael.heffernan@weil.com

SO ORDERED:

_____
Hon. Paul G. Gardephe
United States District Judge
Dated: _____ 2024