UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

United States of America, :

              Plaintiff, :

vs. :

Bradley Pierre, *et al.*, :

              Defendants. :

---------------------------------------------------------------- X

[22 Cr. 019 (PGG)]

**NOTICE OF DEFENDANT DR. WILLIAM WEINER'S AND NONPARTY NEXRAY MEDICAL IMAGING, P.C.'S MOTION TO QUASH RULE 17 SUBPOENA**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Dr. William Weiner's and Nonparty Nexray Medical Imaging, P.C.'s Motion to Quash the Government's Rule 17 Subpoena, Dr. Weiner will move this Court, in the United States District Court in the Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, at a time to be set by the Court, for an order to quash the Government's Rule 17 Subpoena, dated December 27, 2023.

Dated: New York, New York
       January 5, 2024

**MAYER BROWN LLP**

*/s/ Kelly B. Kramer*
Kelly B. Kramer, Esq.
William Sinnott, Esq. (*pro hac vice*)
1999 K Street NW
Washington, DC 20006-1101
(202) 263-3007
(202) 263-3333
Kkramer@mayerbrown.com
wsinnott@mayerbrown.com

*Counsel for Defendant William Weiner*