UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM WEINER,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant William Weiner's opposition to the Government's motion to quash Weiner's Rule 17 subpoena (Dkt. No. 338) is due by **5:00 p.m. on Tuesday, January 9, 2024.**

Dated: New York, New York
       January 6, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge