UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM WEINER, and
ARTHUR BOGORAZ,

                    Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       A conference will be held in this matter on **Friday, January 12, 2024 at 1:00 p.m.** in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

       The parties are directed to exchange trial exhibits by **Friday, January 12, 2024 at 9:00 a.m**.

Dated: New York, New York
       January 9, 2024

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge