UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM WEINER, and
ARTHUR BOGORAZ,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        With respect to the (S3) Indictment (Dkt. No. 282), the Government is directed to make a submission by **5:00 p.m. on January 10, 2024**, explaining why joinder under Rule 8(b) of the Federal Rules of Criminal Procedure is appropriate in light of United States v. Rittweger, 524 F.3d 171 (2d Cir. 2008).

Dated: New York, New York
         January 9, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge