# MAYER | BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Kelly B. Kramer**
Partner
T: +1 202.263.3007
kkramer@mayerbrown.com

January 10, 2024

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     United States v. William Weiner, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

I write to update the Court on Dr. Pukenas' progress in preparing his MRI-by-MRI assessments. As the Court is aware, Dr. Pukenas is a practicing radiologist with patient-care responsibilities during the work day. He worked diligently over the past weekend, and is spending time every evening on finalizing the written disclosures. Yesterday, however, a powerful storm caused widespread power outages in the Philadelphia area. Those power outages caused Dr. Pukenas to lose an evening's worth of work. Thus, although he will endeavor to meet the Court's production deadline, he may need an additional 24 hours to complete his review. Should that be the case, the defense will attempt to mitigate any prejudice to the Government by making an interim production of at least 60 cases by the Court's deadline. In addition, the defense will not object should the government request a one-day adjournment of the trial date under the circumstances.

Respectfully Submitted,

Kelly B. Kramer
*Counsel to Dr. William Weiner*

**MEMO ENDORSED**: The application is granted. Defendant Weiner's supplemental expert disclosures are due by **12:00 noon on January 12, 2024**.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Date: January 10, 2024

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).