# MAYER BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Kelly B. Kramer**
Partner
T: +1 202.263.3007
kkramer@mayerbrown.com

May 6, 2024

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. William Weiner, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

On behalf of defendant William Weiner in the above-captioned matter, I respectfully write to request that the Court adjourn Dr. Weiner's sentencing from June 12, 2024 to a date convenient for the Court during the week of July 15, 2024. Dr. Weiner also requests a corresponding extension of the due date for Dr. Weiner's sentencing submissions from May 28, 2024 to fifteen (15) days before sentencing. Dr. Weiner requests this extension to complete the process of amending his tax returns to prepare for filing in accordance with the Plea Agreement. This is Dr. Weiner's first request to adjourn his sentencing date.

I have conferred with AUSA Michael Lockard and the Government has no objection to this request. The Government requests a corresponding extension of the deadline to submit its sentencing submissions (currently set for June 4, 2024).

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Kelly B. Kramer
Kelly B. Kramer
*Counsel to Dr. William Weiner*

CC: All Counsel of Record

**MEMO ENDORSED**

The application is denied. Sentencing will proceed as scheduled.

**SO ORDERED:**

Paul A Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: May 7, 2024

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).