UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARTHUR BOGORAZ,

                      Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Government is directed to respond to Defendant Arthur Bogoraz's motion to withdraw his guilty plea (Dkt. No. 444) by **July 18, 2024**.

Dated: New York, New York
       July 10, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge