**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

September 30, 2024

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. William Weiner*,**
**22 Cr. 19 (PGG)**

Dear Judge Gardephe:

The Government respectfully writes with respect to the restitution obligations of the defendant, William Weiner, pursuant to 18 U.S.C. §§ 3663 and 3663A.

On or about January 16, 2024, Weiner pleaded guilty pursuant to a plea agreement to a superseding information, S5 22 Cr. 19 (PGG), charging one count of conspiracy to commit healthcare fraud and tax fraud in violation of 18 U.S.C. § 371, in connection with Weiner's lies under oath to no-fault insurers about the role of Weiner's co-conspirator, non-physician Bradley Pierre, in Weiner's radiology practice – namely, Weiner's knowingly false statements that (1) Pierre did not do any marketing for Nexray or take any efforts to refer patients to Weiner; (2) Pierre did not assist Weiner in re-opening Nexray in 2016; (3) Pierre was simply a "funder" for Nexray; (4) Pierre and Weiner had a non-recourse loan agreement, whereby Pierre loaned Weiner money and Weiner agreed to repay Pierre only if insurance companies paid Nexray's claims; and (5) Pierre had no role in introducing Weiner to Nexray's accountant (who participated in both the healthcare fraud and tax conspiracies). The plea agreement provides that Weiner agrees to pay restitution as ordered by the Court.

In prior submissions, the Government has identified the Internal Revenue Service ("IRS"), Liberty Mutual Insurance Company, and Mid-Century Insurance Company as victims of the defendant's offense. Based on discussions with Liberty Mutual Insurance Company, the Government understands that Liberty Mutual Insurance Company and the defendant have reached a settlement, as a result of which Liberty Mutual Insurance Company is no longer seeking restitution.

The Government has received the attached loss statement from Farmers Insurance Exchange, the parent of Mid-Century Insurance Company and other insurers who suffered loss.

Farmers Insurance Exchange's losses total $334,612.22, and the Government seeks restitution in that amount.

The Government also seeks restitution to the IRS in the amount of $59,396.00, which is the total tax due and owing after the submission of amended income tax returns for the defendant and Nexray Medical Imaging. To the extent that the defendant has paid any part or all of that amount, it will be credited to his restitution obligation.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By: /s/
Mathew Andrews / Qais Ghafary /
Michael D. Lockard
Assistant United States Attorneys
(212) 637-6526 / -2534 / -2193

cc: Counsel of record (by ECF)