

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 13, 2024

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. William Weiner*,
             22 Cr. 19 (PGG)

Dear Judge Gardephe:

    The Government respectfully submits this letter pursuant to the Court's order dated November 8, 2024 (D.E. 491) directing the parties to submit a joint letter stating what the defendant's outstanding tax liability is, together with a proposed order of restitution.

    The parties are continuing to confer about the questions raised in the Court's Order, and expect to be able to supply the Court with a proposed order of restitution by Friday, November 15, 2024. Accordingly, the Government respectfully requests a brief extension of today's deadline to respond ot the Order.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney for
                                            the Southern District of New York

                           By:       */s/*
                                  Mathew Andrews / Qais Ghafary /
                                  Michael D. Lockard
                                  Assistant United States Attorneys
                                  (212) 637-6526 / -2534 / -2193

cc: Counsel of record (by ECF)