UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALBERT HAFT,

Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On October 12, 2022, Defendant Albert Haft pled guilty to a Superseding Information charging him with two counts of conspiracy to defraud the United States. ((S1) Information (Dkt. No. 95)) The Government alleges that Haft prepared and submitted to the Internal Revenue Service ("IRS") – on behalf of his clients – fraudulent and materially false tax returns "in order to impede, impair, obstruct, and defeat the IRS's functions in the ascertainment, computation, assessment, and collection of federal income taxes." (Id. ¶¶ 2, 5)

Haft's sentencing is scheduled for January 21, 2026. (Dkt. No. 547) In the Presentence Investigation Report ("PSR"), the Probation Department states that

> HAFT assisted his clients, including co-defendants BRADLEY PIERRE, JEAN PIERRE and WILLIAM WEINER in preparing fraudulent tax returns which underreported their business income and resulted in lower income tax payments.

(Id. ¶ 24) The PSR goes on to list instances in which tax returns prepared by Haft mischaracterized certain personal expenditures as business expenses. (Id. ¶¶ 26-29)

The PSR further reports that Haft testified before the grand jury on May 18, 2021, June 8, 2021, and July 6, 2021, and that in his testimony he

> did not acknowledge knowing that several of his co-defendants and their companies claimed business expenses that were illegitimate for the purpose of reducing their reported taxable income. The Probation Office has requested additional information from the Government regarding this conduct and whether it rises to the level of perjury, for which an enhancement under [U.S.S.G.] §3C1.1 would be applicable; however, a response has not been received to date. Absent additional specific details, the Probation Office has declined to apply an obstruction of justice enhancement at this time

(PSR (Dkt. No. 548) ¶ 43)

The Government is directed to submit to the Court and the Defendant – in connection with Haft's sentencing – the grand jury transcripts referenced by the Probation Office, and both sides are directed to address in their sentencing submissions whether an obstruction of justice enhancement is applicable based on Haft's grand jury testimony.

The Court also requires additional information concerning Defendant Haft's interactions with co-Defendant William Weiner. On January 16, 2024, Weiner pled guilty to conspiracy to commit healthcare fraud and conspiracy to defraud the United States in violation of 18 U.S.C. § 371. ((S5) Superseding Information (Dkt. No. 372); Jan. 16, 2024 Min. Entries) The Government has alleged that Haft served as the accountant both for co-defendant Bradley Pierre's fraudulent businesses and Weiner's MRI clinic, for which Pierre provided financing. (See Govt. Weiner Sent. Br. (Dkt. No. 427) at 3-5, 7-9)

In his sentencing brief, Weiner alleges that Haft and Pierre "took advantage of [Weiner]." (Def. Weiner Sent. Br. (Dkt. No. 418) at 2) According to Weiner, "Mr. Pierre directed Mr. Haft to make false entries in Dr. Weiner'[s] business books that made it appear as though Dr. Weiner owed Mr. Pierre materially more money than he actually did." (Id. at 4-5) Weiner estimates that "Mr. Pierre obtained as much as

$3.0 million more from Dr. Weiner than he should have." (Id. at 5) Moreover, when Weiner expressed concern to Haft that he was overpaying Pierre, Haft responded with "worthless reports filled with false numbers." (Id.) Similarly, in an August 9, 2024 sentencing letter, Weiner contends that Haft "aided and abetted Bradley Pierre's scheme to defraud Dr. Weiner" and "altered and fabricated evidence throughout the investigation and prosecution of this case." (Def. Weiner Aug. 9, 2024 Ltr. (Dkt. No. 453) at 4-7)

The PSR does not address Weiner's allegations that Haft assisted Defendant Bradley Pierre in defrauding Weiner. Accordingly, in their sentencing submissions, the parties will address Weiner's allegations that Haft assisted Pierre in defrauding Weiner and then falsified evidence "to conceal [Haft's] role in helping Pierre to defraud Dr. Weiner." (Id. at 6)

Dated: New York, New York
January 7, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge