UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALBERT HAFT,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing currently scheduled for February 11, 2026, at 3:00 p.m. is adjourned to **February 18, 2026, at 3:00 p.m.**  The Defendant's sentencing submission is due on **February 4, 2026**, and the Government's sentencing submission is due on **February 11, 2026**.

Dated:  New York, New York
          January 28, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge