8:44 AM
07/25/26
Accrual Basis

# JAP MULTI SERVICES INC
## Transactions by Account
As of December 31, 2015

| Type | Date | Num | Name | Clr | Split | Debit |
|---|---|---|---|---|---|---|
| **Professional Fees** | | | | | | |
| Check | 01/31/2015 | 1334 | ALBERT HAFT | | TD BANK | 200.00 |
| Check | 06/30/2015 | 1365 | ALBERT HAFT | | TD BANK | 600.00 |
| Check | 11/30/2015 | 1396 | ALBERT HAFT | | TD BANK | 400.00 |
| Total Professional Fees | | | | | | 1,200.00 |
| **TOTAL** | | | | | | **1,200.00** |

8:39 AM
07/25/26
Accrual Basis

# JAP MULTI SERVICES INC
## Transactions by Account
As of December 31, 2018

| Type | Date | Num | Name | Split | Debit |
|---|---|---|---|---|---|
| **Professional Fees** | | | | | |
| Check | 04/30/2018 | 1497 | ALBERT HAFT | TD BANK | 600.00 |
| General Journal | 12/31/2018 | 11 | | Commission In... | 200.00 |
| Total Professional Fees | | | | | 800.00 |
| **TOTAL** | | | | | **800.00** |

8:39 PM
07/23/26
Accrual Basis

# Medical Reimbursement
## Transactions by Account
### As of December 31, 2019

| Type | Date | Num | Name | Debit |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Check | 01/24/2019 | 1006 | Day Pitney, LLP | 32,083.39 |
| Check | 05/16/2019 | 1015 | Eisenberg & Carton | 7,500.00 |
| Check | 10/02/2019 | 1037 | Albert Haft | 1,200.00 |
| Check | 11/11/2019 | 1044 | Albert Haft | 900.00 |
| General Journal | 12/31/2019 | 13 | | 200,000.00 |
| Total Professional Fees | | | | 241,683.39 |
| **TOTAL** | | | | **241,683.39** |